No. 5,109.—STATE ex rel. L. V. LOCKWOOD et al., RELATORS, *v.* R. G. TYLER et al., RESPONDENTS.

Original application for Writ of Mandate to the respondents as the Board of County Commissioners of Sheridan County.

Decided May 1, 1922.

PER CURIAM.—The application of the relators for a writ of mandate is, after due consideration by the court, denied.

*Messrs. Hurly, Kline & Slattery,* for Relators.

---

No. 5,113—SCRANTON STOCKDALE, APPELLANT, *v.* ELVA WILSON NELSON et al., RESPONDENTS.

*Appeal from District Court of Gallatin County.*

Decided May 25, 1922.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is denied, and it is further ordered and adjudged that the judgment appealed from be and it is hereby reversed and set aside.

*Mr. Charles A. Hills,* for Appellant.

*Mr. Walter Aitken,* for Respondent.